UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION** |
| **VERSUS** | **NO: 24-2775** |
| **TYRIN Z. TRUONG** | **SECTION: A(2)** |

### ORDER TO SHOW CAUSE

This case filed on November 27, 2024. A review of the record indicates that the complaint has not been successfully served upon the defendant, Tyrin Z. Truong.[1]

Federal Rule of Civil Procedure 4(m) provides:

If a defendant is not served within 90 days after the complaint is filed, the court - on motion or on its own after notice to the plaintiff - must dismiss the action without prejudice against that defendant or order that service be made within a specified time. But if the plaintiff shows good cause for the failure, the court must extend the time for service for an appropriate period. This subdivision does not apply to service in a foreign country.

Accordingly,

**IT IS ORDERED** that on or before **May 5, 2025**, plaintiff shall file into the record proof of service or show good cause, in writing, why service of process has not been effected on defendant, Tyrin Z. Truong. Failure to comply with this order may result in dismissal without further notice, for failure to prosecute.

New Orleans, Louisiana this 7th day of April 2025.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE

---

[1] Summons return at rec. doc. 7 was personally served by plaintiff and therefore not valid. Summons return at rec. doc. 10 is also not valid, as the copy of the summons served was not issued by the Court. See summons issued at rec. doc. 5 for the proper summons to be served.