UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**TYRIN Z. TRUONG**<br>*Mayor, in his official and individual capacity* | **CIVIL ACTION NO. 24-2775**<br><br>**SECTION "A" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

### ORDER

**CONSIDERING** the *Motion to Enroll*,

Accordingly;

**IT IS ORDERED** that the motion is **GRANTED.**

**IT IS FURTHER ORDERED** that William Most and Hope Phelps of Most & Associates shall be entered as counsel of record for Plaintiff Wendy Williams Dupont.

New Orleans, Louisiana, this   28th   day of        January        , 2026.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE