UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| | **JUDGE: JAY C. ZAINEY** |
| **MAYOR TYRIN Z. TRUONG** | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT** |

## MOTION TO CONTINUE TRIAL DATE AND PRE-TRIAL DEADLINES

NOW INTO COURT, through undersigned counsel,[1] comes Plaintiff Wendy Williams Dupont who respectfully files this Motion seeking a continuance of the trial date and related deadlines. Defendant Mayor Tyrin Z. Truong objects to this motion.

For the reasons stated in the attached memorandum, Plaintiff Dupont requests that the trial and all pre-trial deadlines be continued.

WHEREFORE, Plaintiff Wendy Dupont asks that this motion be granted.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope Phelps*
_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

*Counsel for Wendy Dupont*

---

[1] Undersigned counsel has motioned to enroll in this matter. Although the motion to enroll has not yet been granted, considering the timeline in this matter counsel sought to put this Motion before the court as soon as possible.