## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | CIVIL ACTION NO. 24-2775 |
| **VERSUS** | SECTION "A" (2) |
| **MAYOR TYRIN Z. TRUONG** | JUDGE: JAY C. ZAINEY |
| | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

### ORDER

CONSIDERING the foregoing *Motion to Continue Trial*;

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is GRANTED. All trial dates and related deadlines are currently taken off calendar, and a scheduling conference shall be held to pick new dates.

Signed in New Orleans, Louisiana, on this _____ of _____, 2026.

_____
JUDGE