UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | CIVIL ACTION NO. 24-2775 |
| **VERSUS** | SECTION "A" (2) |
| **MAYOR TYRIN Z. TRUONG** | JUDGE: JAY C. ZAINEY |
| | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

**Motion for Leave to File First Amended Complaint**

On November 27, 2025, Plaintiff Wendy Dupont filed this first amendment suit against the Mayor of Bogalusa, Louisiana, Tyrin Z. Truong, in both his official and individual capacities. R. Doc. 1. Ms. Dupont alleged that in response to her protected speech, Defendant Truong improperly blocked or restricted her access to social media accounts and retaliated against her employer, Bogalusa Rebirth. Ms. Dupont filed the complaint *pro se*.

Subsequently, Ms. Dupont requested to amend the complaint to add Bogalusa Rebirth as a co-Plaintiff. R. Doc. 28. On December 5, 2025, this court denied Ms. Dupont's request on the grounds that Bogalusa Rebirth must litigate through an attorney. *Id*.

Ms. Dupont then retained undersigned counsel to represent her and Bogalusa Rebirth on January 20, 2026. On January 26, 2026 undersigned counsel filed a Motion to Enroll as Counsel.

Plaintiff Dupont asks for leave to amend her complaint to add Bogalusa Rebirth as a Plaintiff. The proposed pleading is attached as Exhibit A.

Defendant Mayor Tyrin Z. Truong opposes this motion.

For the reasons more fully explained in the accompanying memorandum, Plaintiff requests that the Court grant this motion for leave so she may file the First Amended Complaint.

Respectfully Submitted:

**MOST & ASSOCIATES**

_/s/ Hope Phelps_
_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

*Counsel for Wendy Dupont*