UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**MAYOR TYRIN Z. TRUONG** | **CIVIL ACTION NO. 24-2775**<br><br>**SECTION "A" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

<u>**ORDER**</u>

Considering the foregoing *Motion for Leave to File First Amended Complaint* filed by the Plaintiff Wendy Dupont;

It is hereby ordered that the motion is GRANTED. Plaintiff's proposed First Amended Complaint shall be filed into the record.

THUS DONE AND ORDERED in NEW ORLEANS, LOUISIANA, on this _____ day of _____, 2026.

_____
JUDGE

1