UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| **MAYOR TYRIN Z. TRUONG** | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT** |

## NOTICE OF SUBMISSION

Plaintiff Wendy Dupont respectfully requests that her *Motion for Leave to File First Amended Complaint* be submitted before the Honorable United States Magistrate Judge Donna Phillips Currault, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom B309, New Orleans, Louisiana 70130. Movant requests (and provide notice) that this Motion be set for submission at the Court's next available submission date, which is February 25, 2026 at 10:00 A.M.

Respectfully Submitted:

MOST & ASSOCIATES

*/s/ Hope Phelps*
_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com
***Counsel for Wendy Dupont***