UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**MAYOR TYRIN Z. TRUONG** | **CIVIL ACTION NO. 24-2775**<br><br>**SECTION "A" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

## CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, I caused copies of Rec. Doc. 38 (Motion to Continue Trial Date and Pre-Trial Deadlines with Attachments: # (1) Memorandum in Support, # (2) Proposed Order, # (3) Notice of Submission) and Rec. Doc 39 (Motion For Leave to File Amended Complaint with Attachments: # (1) Memorandum in Support, # (2) Proposed Order, # (3) Proposed Pleading Amended Complaint, # (4) Notice of Submission) to be transmitted to Mayor Tyrin Truong via electronic mail to mayor@bogalusa.org and USPS to 704 N Columbia Road, Bogalusa, LA 70427.

*Hope Phelps*

**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

*Counsel for Wendy Dupont*