UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT

CIVIL ACTION

VERSUS

NO: 24-2775

TYRIN Z. TRUONG as THE MAYOR
OF THE CITY OF BOGALUSA

SECTION: "A" (2)

### ORDER SETTING CONFERENCE

In light of Plaintiffs' **Motion to Continue Trial Date and Pre-Trial Deadlines (Rec. Doc. 38)**,

Accordingly;

**IT IS ORDERED** that a status conference is **SET** for **Thursday, March 5, 2026, at 10:45 a.m.** IN CHAMBERS to discuss the current scheduling deadlines, the practicability of continuing this matter, and the issues present in all outstanding motions.

February 18, 2026

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE