## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| **MAYOR TYRIN Z. TRUONG** | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE:** **DONNA PHILLIPS CURRAULT** |

### *Ex Parte* Motion for Plaintiff's Counsel to Withdraw as Counsel

Now come Plaintiff's counsel to request leave of Court to withdraw as counsel of record for Plaintiff Wendy Dupont and prospective Plaintiff Bogalusa Rebirth.

Local Rule 83(b)(13) requires that when lawyers seek to withdraws counsel and no new counsel is substituted and no counsel of record will remain to represent the client, "the motion to withdraw shall contain: 1) the present address of the client and the client's telephone number if the client can be reached by telephone and 2) a certification by counsel that the client has been notified of all deadlines and pending court appearances. The certificate of service accompanying the motion shall indicate that it was served on the client by certified mail or an affidavit shall be included stating why such service has not been made."

Here, on February 19, 2026, matters reached a point at which Plaintiff's counsel seek leave to withdraw as counsel.

Ms. Dupont's present address is 305 Ave. B, Ste. 111, Bogalusa, La. 70427. Her phone number is 985-516-2005.

By signature below, Plaintiff's counsel certifies that Ms. Dupont has been notified of all deadlines and pending court appearances.

Ms. Dupont opposes this motion.

1

For these reasons, Plaintiff's counsel ask that this Court grant them leave to withdraw.

Respectfully Submitted:

**MOST & ASSOCIATES**

_Hope Phelps_

_____

**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

### Certificate of Service

I hereby certify that on February 19, 2026 this motion and the attached proposed order have been sent to Plaintiff Wendy Dupont by email and certified mail, and to Defendant Mayor Tyrin Truong via U.S. mail.

_/s/ Hope Phelps_
Hope Phelps