**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| **MAYOR TYRIN Z. TRUONG** | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE:** **DONNA PHILLIPS CURRAULT** |

## ORDER

Considering the foregoing *Ex Parte Motion for Plaintiff's Counsel to Withdraw as Counsel* filed by Plaintiff's counsel, and for the reasons stated therein,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the motion is hereby GRANTED. Plaintiff's counsel are withdrawn as counsel of record for Wendy Dupont.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
JUDGE