# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | CIVIL ACTION NO. 24-2775 |
| **VERSUS** | SECTION "A" (2) |
| **MAYOR TYRIN Z. TRUONG** | JUDGE: JAY C. ZAINEY |
| | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

### Notice of Plaintiff's Request to Withdraw Motion to Continue Trial Date

This notice is to inform the Court that Plaintiff wishes to withdraw the previously filed Motion to Continue Trial Date (R. Doc. 38).

Plaintiff's request is attached as Exhibit A.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope Phelps*

**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

### Certificate of Service

I hereby certify that on February 20, 2026 the above and attached have been sent to Plaintiff and Defendant by email.

*/s/ Hope Phelps*
Hope Phelps

1