UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDY WILLIAMS DUPONT | CIVIL ACTION NO. 24-02775 |
| & BOGALUSA REBIRTH | SECTION    A |
| VS. | JUDGE  JAY C. ZAINEY |
| MAYOR TYRIN Z. TRUONG, in his official and individual capacity | |

### Notice of Withdrawal of Plaintiff's Motion to Continue Trial Date

Plaintiff hereby withdraws the previously filed Motion to Continue the Trial Date (Document 38) filed with this Honorable Court on February 9th, 2026.

Upon further consideration, Plaintiff elects to proceed under the existing Scheduling Order and maintain the current April 20, 2026 trial setting.

Plaintiff has complied with all deadlines to date and intends to continue preparation consistent with the Court's schedule.

Respectfully submitted,

*[signature]*

Wendy Williams Dupont