UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**MAYOR TYRIN Z. TRUONG** | CIVIL ACTION NO. 24-2775<br><br>SECTION "A" (2)<br><br>JUDGE: JAY C. ZAINEY<br><br>MAGISTRATE JUDGE:<br>DONNA PHILLIPS CURRAULT |

**Plaintiff's Opposition to Motion for Plaintiff's Counsel to Withdraw**

This filing is to provide the Court with the basis for Plaintiff's opposition to the Motion for Plaintiff's Counsel to Withdraw.

Plaintiff's explanation is attached as Exhibit A.

Respectfully Submitted:

**MOST & ASSOCIATES**

*/s/ Hope Phelps*
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

**Certificate of Service**

I hereby certify that on February 20, 2026 the above and attached have been sent to Plaintiff and Defendant by email.

*/s/ Hope Phelps*
Hope Phelps

1