UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT

& BOGALUSA REBIRTH

VS.

MAYOR TYRIN Z. TRUONG,
in his official and individual capacity

CIVIL ACTION NO.  24-02775

SECTION ___A_____

JUDGE__JAY C. ZAINEY_____

Plaintiff respectfully opposes the Motion for Leave to Withdraw filed by counsel.

This matter is set for trial on April 20, 2026. Discovery closes February 24, 2026. A status conference is set for March 5, 2026, and pretrial conference March 26, 2026.

Withdrawal at this stage would substantially prejudice Plaintiff by:

1. Forcing retention of new counsel during the final pre-trial phase;
2. Requiring new counsel to familiarize themselves with the record under compressed deadlines;
3. Creating significant financial hardship and duplication of legal expense;
4. Destabilizing litigation strategy during critical scheduling phases.

Plaintiff has complied with all scheduling deadlines to date and seeks to maintain continuity through trial.

For these reasons, Plaintiff respectfully requests that the Court deny the Motion for Leave to Withdraw, or in the alternative, require current counsel to remain enrolled through trial.

Respectfully submitted,

Wendy Williams Dupont