UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | CIVIL ACTION NO. 24-2775 |
| **VERSUS** | SECTION "A" (2) |
| **MAYOR TYRIN Z. TRUONG** | JUDGE: JAY C. ZAINEY |
| | MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT |

**MOTION TO COMPEL DISCOVERY RESPONSES AND DEPOSITION APPEARANCE, AND MOTION FOR SANCTIONS**

**NOW INTO COURT**, through undersigned counsel, comes Plaintiff, Wendy Dupont, who, pursuant to Rule 37(a) of the Federal Rule of Civil Procedure, respectfully moves this Honorable Court for an Order compelling Defendant Truong's discovery responses and deposition appearance.

Plaintiff respectfully requests that this Honorable Court issue an order compelling Defendant Truong to (1) provide written responses to Ms. Dupont's Interrogatories and produce documents responsive to her Requests for Production within two weeks of this order, and (2) appear for his deposition on March 9, 2026 or March 10, 2026, the dates convenient for both Defendant and Ms. Dupont, and order that Defendant Truong pay the costs and reasonable fees incurred for the deposition of February 20, 2026, and pay the reasonable attorneys fees incurred in preparing this motion.

Counsel for Ms. Dupont has in good faith, but unsuccessfully, conferred with Defendant Truong in an effort to resolve this discovery dispute amicably and without court intervention. The

parties have been unsuccessful in doing so.

As discussed more fully in the Memorandum in Support, good cause exists for this Court to compel Defendants to produce the requested information.

In support of this Motion, Plaintiff offers the following exhibits:

A. Documents, Notice, and Discovery Requests propounded on Defendant Truong by Plaintiff Wendy Dupont on January 20, 2026.

B. Notice of Deposition propounded on Defendant Truong by undersigned counsel on February 9, 2026.

C. Rule 37.1 Declaration of Counsel Hope Phelps.

Respectfully Submitted:

**MOST & ASSOCIATES**

*Hope Phelps*
_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

## Certificate of Service

I hereby certify that on February 24, 2026 the above and attached have been sent to Defendant Mayor Tyrin Truong via electronic mail to mayor@bogalusa.org and USPS to 704 N Columbia Road, Bogalusa, LA 70427.

*/s/ Hope Phelps*
Hope Phelps