UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDY WILLIAMS DUPONT | CIVIL ACTION NO. 24-02775 |
| & BOGALUSA REBIRTH | SECTION __A__ |
| VS. | JUDGE _JAY C. ZAINEY_ |
| MAYOR TYRIN Z. TRUONG, in his official and individual capacity | |

## NOTICE OF DEPOSITION OF MAYOR TYRIN Z. TRUONG

PLEASE TAKE NOTICE that Plaintiffs Wendy Williams Dupont and Bogalusa Rebirth will take the deposition of Mayor Tyrin Z. Truong, in his individual and official capacities, pursuant to Federal Rule of Civil Procedure 30.

Date: To be scheduled on February 13, or February 16th or February 17th.

Please send best available time for your preferred date above.

Time: 9:00 a.m.

Location: At a mutually agreeable location, TBD

Recording: Stenographic and audiovisual

The deposition will continue from day to day until completed, including adjournments as permitted by the Federal Rules of Civil Procedure.

**MATTERS FOR EXAMINATION:**

• Use of social media accounts as official government forums

• Blocking, muting, or restricting individuals from Defendant's social media accounts

• Suppression or restriction of Public Service Announcements and public safety information

• First Amendment retaliation and viewpoint discrimination

• Abuse of authority and actions taken under color of law

• Communications and coordination with City employees and agents

• Communications with Emma Dixon concerning Bogalusa Rebirth and the Louisiana Housing Corporation

• Tortious interference with Bogalusa Rebirth's permits, funding, and operations

• Coordination with anonymous or third-party online accounts

• Amplification or endorsement of defamatory or retaliatory content

• Knowledge of deleted content, preservation obligations, and spoliation issues

• Ongoing and continuing conduct following the filing of this lawsuit


Dated: __1/19/2026__


Respectfully submitted,

/s/ Wendy Williams Dupont

Wendy Williams Dupont

Executive Director, Bogalusa Rebirth

Plaintiff

305 Ave B, Ste 111

Bogalusa, Louisiana 70427

(985) 516-2005

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT          CIVIL ACTION NO. 24-02775

& BOGALUSA REBIRTH             SECTION   A

VS.                            JUDGE  JAY C. ZAINEY

MAYOR TYRIN Z. TRUONG,
in his official and individual capacity

## PLAINTIFF'S RULE 26(a)(1) WITNESS AND EXHIBIT LIST

### I. LIST OF WITNESSES

Wendy Williams Dupont – Plaintiff; firsthand knowledge of Defendant's social media blocking, retaliatory conduct, abuse of power and damages.

Authorized Representative of Bogalusa – knowledge of organizational harm and funding disruption.

Judy Fornea – Resident; witness to limited distribution of public safety announcements.

Kelly Payne – Resident; legally blind individual blocked from official health advisories.

Donnie Sullivan – Resident; excluded from city program announcements due to blocking.
Wendy Perrette – Former Mayor of Bogalusa; knowledge of Defendant's use of official Facebook page and blocking practices.

Shay Wilson – Resident; personally blocked from Defendant's official page.

Donnie Sullivan – Resident; excluded from city program announcements due to blocking.

Tiffany Carney – Director, Washington Parish Balloon Festival; knowledge of retaliatory statements and related communications.

Angular Adams – City employee; appeared at construction site and directed work stoppage under Defendant's authority. Permit interference and stop-work directives.

Christopher Dudzienski – City employee; authored and signed pre-dated correspondence relevant to retaliatory actions. Falsification of documents; Permit correspondence and inspections.

Perre Smalls – City employee; published official social media posts at Defendant's direction.

Dewitt Williams – Washington Parish Building Inspector; verified compliance and refused unlawful

stop-work order.

Malarie Hamilton – Former City PIO; knowledge of blocked residents and redistribution of public notices.

Emma Dixon – Former City employee; authored and transmitted false complaint to LHC. Communications with the Louisiana Housing Corporation; tortious interference.

Lee Kelly – False environmental contamination statements on EPA: Colonial Creosote Facebook page.

Cindy Lu Boyer – Public defamation and Planning & Zoning involvement. Involvement with EPA: Colonial Creosote Facebook page.

Daryll Smith – Defamatory statements and online retaliation.

Administrators of anonymous Facebook pages (to be identified through discovery).

Louisiana Housing Corporation representatives – Impact of false complaints.

City and Parish officials – Permit and compliance confirmation.

Fact and expert witnesses to be identified through discovery.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDY WILLIAMS DUPONT | CIVIL ACTION NO. <u>24-02775</u> |
| & BOGALUSA REBIRTH | SECTION <u>  A  </u> |
| VS. | JUDGE <u> JAY C. ZAINEY </u> |
| MAYOR TYRIN Z. TRUONG, in his official and individual capacity | |

### II. PLAINTIFF'S RULE 26(a)(1) LIST OF EXHIBITS

1. Screenshots of Defendant's official Facebook page showing blocking or restricted comments.
2. Restricted Public Service Announcements including water outages, road closures, boil water advisories, and Christmas bike giveaway posts.
3. Email chain titled "Request to Revoke 8 Building Permits – Rebirth."
4. Photographs of pre-dated April 8, 2024 letter signed by Christopher Dudzienski.
5. Washington Parish Government letter dated May 16, 2024 declining permit revocation.
6. City of Bogalusa "Bid Alert" social media posts regarding Long Avenue Elementary School property.
7. Facebook post alleging Bogalusa Rebirth homes were built with "subpar materials."
8. Email chain documenting false "citizen complaint" authored by Emma Dixon.
9. Court records from Bogalusa Rebirth v. City of Bogalusa, 22nd JDC No. 119752.
10. Certified public records of Washington Parish Grand Jury indictment of Defendant.
11. Proof of certified mailing of Rule 26 disclosures.
12. Exhibits attached to Plaintiff's Original Complaint
13. Board Resolution authorizing Bogalusa Rebirth as Co-Plaintiff
14. Anonymous Facebook page screenshots and metadata.
15. Emails and letters to/from the Louisiana Housing Corporation.
16. Permit records and stop-work directives.
17. Environmental clearance documentation.
18. Defamatory social media posts and boycott materials.
19. Court orders and related filings.
20. Attorney invoices and damages documentation
21. Additional exhibits to be identified through discovery.
22. Attorney Representation /Motion to Intervene as Counsel by Most & Associates

Plaintiffs reserve the right to supplement these disclosures pursuant to Fed. R. Civ. P. 26(e).

Case 2:24-cv-02775-JCZ-DPC  Document 47-2  Filed 02/24/26  Page 6 of 12

## III. CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Witness and Exhibit List and Notice of Deposition was served upon Defendant Tyrin Z. Truong by email on January 19th, 2026

and

U.S. Certified Mail# 9589 0710 5270 3215 7154 69 on January 20, 2025 (date).

/s/ Wendy Williams Dupont
Pro Se Plaintiff
Date: 1/19/2026

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT         CIVIL ACTION NO. 24-02775

& BOGALUSA REBIRTH            SECTION __A__

VS.                           JUDGE__JAY C. ZAINEY__

MAYOR TYRIN Z. TRUONG,
in his official and individual capacity

## PLAINTIFFS' FIRST SET OF INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 33, Plaintiffs propound the following Interrogatories to Defendant. These Interrogatories are directed to Defendant's use of social media as an official government forum; blocking and suppression of Public Service Announcements; First Amendment retaliation; abuse of power under color of law; coordination with third parties and anonymous online accounts; tortious interference; defamation; and continuing conduct.

Interrogatory No. 1: Identify every social media account, page, profile, or platform that you operate, control, administer, moderate, direct, or influence, whether directly or through agents, that has been used to disseminate City of Bogalusa information or Public Service Announcements.

Interrogatory No. 2: State the policies, criteria, rules, or standards used to block, restrict, mute, ban, or otherwise limit any person's access to your social media accounts.

Interrogatory No. 3: Identify every person who was blocked, restricted, muted, or banned from any social media account identified in Interrogatory No. 1 from January 1, 2023 to present, including the date of the action and the stated or actual reason.

Interrogatory No. 4: Identify all persons blocked or restricted from viewing or interacting with Public Service Announcements concerning road closures, boil-water advisories, sewer issues, potential fire station closures, city program giveaways, emergency or official health advisory notices, or other public safety communications.

Interrogatory No. 5: Describe all complaints, criticisms, speech, or public statements made by Plaintiffs that preceded, coincided with, or followed any blocking or restriction decisions.

Interrogatory No. 6: Identify all City employees, officials, contractors, or agents who participated in or advised you regarding social media moderation or blocking decisions.

Interrogatory No. 7: Identify all Facebook pages, profiles, or online accounts with which you have communicated, coordinated, endorsed, amplified, or interacted, including but not limited to Bogalusa Resistance Council, The Parish Spectator, Colonial Creosote: EPA Superfund, the account using the name "Myshia Jones," and the profile belonging to Daryll Smith.

Interrogatory No. 8: Describe all communications between you, Christopher Dudkienski, Emma Dixon and/or Angular Adams relating to Bogalusa Rebirth, the Louisiana Housing Corporation, housing permits, funding, or complaints.

Interrogatory No. 9: Describe any role you played in initiating, directing, encouraging, approving, or ratifying communications to the Louisiana Housing Corporation concerning Bogalusa Rebirth.

Interrogatory No. 10: Identify all actions you took or directed that delayed, obstructed, interfered with, or attempted to revoke permits, approvals, inspections, or utilities for Bogalusa Rebirth projects.

Interrogatory No. 11: Identify all persons acting in concert with you who participated in online retaliation, dissemination of false statements, boycott activity, or suppression of corrective environmental information, to include all phone, email and social media communication with Lee Kelley and Cindy Lu Boyer.

Interrogatory No. 12: Identify all documents and electronically stored information supporting your defenses to Plaintiffs' claims.

Interrogatory No. 13: Identify any insurance policies, indemnification agreements, or defense arrangements that You contend may provide coverage for the claims asserted.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDY WILLIAMS DUPONT | CIVIL ACTION NO. <u>24-02775</u> |
| & BOGALUSA REBIRTH | SECTION <u>  A  </u> |
| VS. | JUDGE <u> JAY C. ZAINEY </u> |
| MAYOR TYRIN Z. TRUONG, in his official and individual capacity | |

Rebirth

## PLAINTIFFS' FIRST REQUESTS FOR PRODUCTION

Pursuant to Federal Rule of Civil Procedure 34, Defendant shall produce the following documents and electronically stored information. These Requests include all responsive materials in Defendant's possession, custody, or control, including materials held by agents or third parties.

Request No. 1: All documents identifying social media accounts, pages, or profiles operated, controlled, or influenced by Defendant.

Request No. 2: All records, logs, screenshots, metadata, or audit trails reflecting blocking, restriction, muting, or banning of users.

Request No. 3: All Public Service Announcements posted by Defendant from January 1, 2023 to present, including deleted or edited versions.

Request No. 4: All documents reflecting complaints, criticisms, or speech that preceded or followed blocking decisions.

Request No. 5: All communications between Defendant and City employees or agents regarding social media moderation or suppression of content.

Request No. 6: All communications between Defendant and Emma Dixon concerning Bogalusa Rebirth or the Louisiana Housing Corporation.

Request No. 7: All drafts, notes, emails, texts, or messages sent to or received from the Louisiana Housing Corporation referencing Bogalusa Rebirth.

Request No. 8: All documents relating to permit delays, stop-work directives, revocation attempts, inspections, or utility connections affecting Bogalusa Rebirth projects.

Request No. 9: All social media posts, comments, messages, images, or videos alleging fraud, environmental contamination, misuse of funds, or misconduct by Plaintiffs.

Request No. 10: All documents reflecting amplification or endorsement of third-party content, including likes, shares, reposts, or comments.

Request No. 11: All documents relating to deletion, suppression, or removal of corrective or exculpatory information.

Request No. 12: All documents reflecting policies, training materials, or legal guidance regarding First Amendment compliance.

Request No. 13: All electronically stored information, including metadata, responsive to these Requests.

Plaintiffs expressly reserve the right to supplement or amend these discovery requests as Defendant's conduct continues and as additional information is obtained through discovery or third-party subpoenas.

### III. CERTIFICATE OF SERVICE

I certify that a copy of the foregoing Witness and Exhibit List was served upon Defendant Tyrin Z. Truong by email on January 19th, 2026

and

U.S. Certified Mail# 9589 0710 5270 3215 7154 69 on January 20, 2025 (date).

/s/ Wendy Williams Dupont
Pro Se Plaintiff
Date: 1/19/2026

[Envelope image]

Return address (handwritten): 05 Ave B, Ste 111, Bogalusa, La. 70427

USPS Certified Mail barcode: 9589 0710 5270 3215 7154 69

Addressee (handwritten):
Mayor Tyrin Truong
704 N. Columbia St.
Bogalusa, La. 70427

U.S. POSTAGE PAID
FCM LETTER
BOGALUSA, LA 70427
JAN 20, 2026
$10.77
R2324K504324-07
70427
RDC 99
Retail

# USPS Tracking®

FAQs >

**Tracking Number:**

Remove ✕

## 9589071052703215715469

Copy    Add to Informed Delivery

### Latest Update

Your item was delivered to an individual at the address at 3:56 pm on January 20, 2026 in BOGALUSA, LA 70427.

### Get More Out of USPS Tracking:

USPS Tracking Plus®



✓ **Delivered**
**Delivered, Left with Individual**
BOGALUSA, LA 70427
January 20, 2026, 3:56 pm

See All Tracking History

