UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| **MAYOR TYRIN Z. TRUONG** | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT** |

## NOTICE OF DEPOSITION

To: **MAYOR TYRIN Z. TRUONG**
704 N Columbia Road
Bogalusa, LA 70427

This provides notice that Plaintiff will take the deposition of defendant **MAYOR TYRIN Z. TRUONG** on Friday, February 20, 2026, at 10:00 a.m. at Bogalusa City Hall 214 Arkansas Ave., Bogalusa, LA 70427.

The deposition will be taken by a stenographic means, upon oral examination before an officer authorized by law to take depositions in the State of Louisiana. This deposition may be videorecorded. This deposition will be taken for all purposes authorized by the Federal Rules of Civil Procedure. The oral examination will continue until completed. You are invited to attend and exercise such rights to which you are entitled under the law.

Respectfully Submitted:

**MOST & ASSOCIATES**

_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com

*Counsel for Wendy Dupont*

### CERTIFICATE OF SERVICE

I hereby certify that on February 9, 2026, a copy of the *Plaintiff's Notice of Deposition* was transmitted to Mayor Tyrin Truong by electronic mail (mayor@bogalusa.org).

_____
HOPE PHELPS (La. Bar No. 37259)