**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF LOUISIANA**

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| **MAYOR TYRIN Z. TRUONG** | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT** |

**RULE 37.1 DECLARATION OF HOPE PHELPS**
**IN SUPPORT OF MOTION TO COMPEL**

I have personal knowledge of the matters stated in this declaration and could competently testify to the same if called upon to do so.

1.      My name is Hope Phelps. I am an attorney based in New Orleans, LA. I represent Plaintiff in the above-captioned case.

2.      On January 20, 2026, Plaintiff Wendy Dupont propounded a set of written discovery requests on Defendant Truong and provided notice of intent to take his deposition.

3.      On that same date, Ms. Dupont retained myself and William Most of Most & Associates as counsel.

4.      We received no response from Defendant Truong regarding his availability for the deposition.

5.      On February 9, 2026, I noticed Defendant Truong's deposition to take place on Friday, February 20, 2026, at 10:00 a.m. at Bogalusa City Hall 214 Arkansas Ave., Bogalusa, LA 70427. Defendant Truong received a copy of this notice via electronic mail to his address, mayor@bogalusa.org.

6.      Defendant Truong did not provide any response regarding his availability and failed to propose any alternative dates

7.      On February 19, 2026, the day prior to the scheduled deposition, Defendant Truong responded via electronic mail from his mayor@bogalusa.org address. He claimed that he was "not available," and that he had, "never agreed to this date."

8.      Ms. Dupont declined to reschedule Defendant Truong's deposition. She responded to Defendant Truong's email that same day advising him that, "[t]he deposition was properly noticed and timed in accordance with the courts scheduling order."

9.      The morning of the scheduled deposition, Ms. Dupont again confirmed to Defendant Truong that she intended to proceed with the deposition as noticed.

10.     On February 20, 2026, Defendant Truong failed to appear for his scheduled deposition.

11.     Defendant Truong also failed to timely respond to Plaintiff's Interrogatories and Requests for Production.

12.     On February 23, 2026, the parties held a meet and confer about Defendant's failure to respond to written discovery requests and failure to appear for his deposition.

13.     Defendant Truong stated that he will not provide responses to Plaintiff's written discovery requests without the advice of counsel and indicated that he has had difficulty finding representation.

14.     Defendant agreed to sit for his deposition any day the week of March 9 – 13, 2026, preferably in the morning.

15.     Following the meet and confer, Defendant Truong stated that he would file a motion requesting a discovery extension. Ms. Dupont is opposed to such an extension.

16.     I certify that I have made a good faith effort to obtain the requested responses, documents, and deposition without Court intervention.


Respectfully Submitted:

**MOST & ASSOCIATES**

_Hope Phelps_

**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com