UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**MAYOR TYRIN Z. TRUONG** | **CIVIL ACTION NO. 24-2775**<br><br>**SECTION "A" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

**ORDER**

Having duly considered the *Motion to Compel* and the arguments relevant thereto,

IT IS HEREBY ORDERED that the motion is GRANTED, as follows:

Defendant Truong is ordered to provide written responses to Ms. Dupont's Interrogatories and produce documents responsive to her Requests for Production within two weeks of this order.

Defendant Truong is ordered to appear for his deposition within two weeks of the March 26, 2026 status conference at a time and location convenient for Ms. Dupont.

Defendant Truong shall pay the costs and reasonable fees incurred for the deposition of February 20, 2026, and pay the reasonable attorneys fees incurred in preparing the Motion to Compel.

Within one week of the entry of this order, Plaintiff shall submit a bill of costs to Defendants. Within one week of receiving the bill of costs, Defendants shall either pay the costs or file an objection with this Court. The latter may only occur after a meet-and-confer of the parties in a good faith attempt to avoid court intervention.

If Defendant Truong fails to comply with all instructions of this Court regarding the rescheduling of his deposition, including attending and participating in that deposition once scheduled, he will be in violation of this Order of the Court, and sanctions will be imposed, which can include finding him in contempt of Court and dispositive sanctions.

New Orleans, Louisiana, this _____ day of _____, 2026.

_____
UNITED STATES JUDGE