UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**MAYOR TYRIN Z. TRUONG** | **CIVIL ACTION NO. 24-2775**<br><br>**SECTION "A" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

## NOTICE OF SUBMISSION

Plaintiff Wendy Dupont respectfully requests that her *Motion to Compel Discovery Responses and Deposition Appearance, and Motion for Sanctions* be submitted before the Honorable United States Magistrate Judge Donna Phillips Currault, United States District Court for the Eastern District of Louisiana, 500 Poydras St., Courtroom B309, New Orleans, Louisiana 70130. Movant requests (and provides notice) that this Motion be set for submission at the Court's next available submission date, which is March 11, 2026, at 10:00 A.M.

Respectfully Submitted:

MOST & ASSOCIATES

*/s/ Hope Phelps*
_____
**HOPE PHELPS (La. Bar No. 37259)**
**WILLIAM MOST (La. Bar No. 36914)**
201 St. Charles Ave., Ste. 2500, #9685
New Orleans, LA 70170
Tel: 504.500.7974
Fax: 504.414.6400
Email: hopeaphelps@outlook.com
*Counsel for Wendy Dupont*

**Certificate of Service**

I hereby certify that on February 24, 2026 the above and attached have been sent to Defendant Mayor Tyrin Truong via electronic mail to mayor@bogalusa.org and USPS to 704 N Columbia Road, Bogalusa, LA 70427.

*/s/ Hope Phelps*
Hope Phelps
