UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY WILLIAMS DUPONT | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2775 |
| TYRIN Z. TRUONG | * | SECTION "A" (2) |

## ORDER

Considering Plaintiff's Counsel's Motion to Withdraw (ECF No. 43), which is set for hearing before Judge Zainey on March 26, 2026;

IT IS ORDERED that Plaintiff's Motion to Amend Complaint (ECF No. 39) is hereby **RESET** to **WEDNESDAY, APRIL 1, 2026,** without oral argument unless otherwise indicated by the Court.

New Orleans, Louisiana, this __24th__ day of February, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE