**Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.**
**Print your name and address on the reverse so that we can return the card to you.**
**Attach this card to the back of the mailpiece, or on the front if space permits.**

A. Signature
X _____ ☐ Agent ☐ Addressee

B. Received by (Printed Name): Wendy Dupont
C. Date of Delivery: 3/3/26

1. Article Addressed to:

Wendy Williams Dupont
305 Avenue B, Suite 111
Bogalusa, La. 70427

D. Is delivery address different from item 1? ☐ Yes ☐ No
If YES, enter delivery address below:

3. Service Type
☒ Certified Mail   ☐ Express Mail
☐ Registered       ☒ Return Receipt for Merchandise
☐ Insured Mail     ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)  ☐ Yes

2. 7020 3160 0000 9985 6088

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540

---

UNITED STATES POSTAL SERVICE
NEW ORLEANS LA 700
4 MAR 2026 AM 1 L

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

• Sender: Please print your name, address, and ZIP+4 in this box •

CLERK'S OFFICE, U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
500 POYDRAS STREET ROOM C
NEW ORLEANS, LA 70130

U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA
MAR 06 2026
CAROL L. MICHEL
CLERK

24-2775 #(2)