UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-2775** |
| **VERSUS** | **SECTION "A" (2)** |
| **MAYOR TYRIN Z. TRUONG** | **JUDGE: JAY C. ZAINEY** |
| | **MAGISTRATE JUDGE: DONNA PHILLIPS CURRAULT** |

**ORDER**

CONSIDERING the foregoing **Motion to Continue Trial (Rec. Doc. 38),**

Accordingly;

**IT IS ORDERED** that the motion is **GRANTED**.

**IT IS FURTHER ORDERED** that the Case Manager for Section A, Jennifer S. Limjuco, shall notice a telephone scheduling conference for the purpose of confecting and entering a new scheduling order.

**IT IS FURTHER ORDERED** that the status conference set on **Thursday, March 26, 2026, at 11:00 a.m.** is **CANCELLED** as **MOOT**.

**IT IS FURTHER ORDERED** that a copy of this Order shall be sent to Defendant, Tryin Z. Truong, via Certified Mail.

Signed in New Orleans, Louisiana, on this _____9th_____ of _____March_____, 2026.

JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE