UNITED STATES DISTRICT COURT EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT**<br><br>**VERSUS**<br><br>**MAYOR TYRIN Z. TRUONG** | **CIVIL ACTION NO. 24-2775**<br><br>**SECTION "A" (2)**<br><br>**JUDGE: JAY C. ZAINEY**<br><br>**MAGISTRATE JUDGE:**<br>**DONNA PHILLIPS CURRAULT** |

ORDER

Considering the foregoing **Ex Parte Motion for Plaintiff's Counsel to Withdraw as Counsel (Rec. Doc. 43)** filed by Plaintiff's counsel,

Accordingly;

**IT IS ORDERED** that the motion is **GRANTED**. Plaintiff's counsel are withdrawn as counsel of record for Wendy Dupont.

**IT IS FURTHER ORDERED** that the hearing set on **Thursday, March 26, 2026, at 11:00 a.m.** is **CANCELLED** as **MOOT**.

New Orleans, Louisiana, this 9th day of ___March___, 2026.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE