U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Mar 10 2026

CAROL L. MICHEL
CLERK
cf                              EDSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT                    CIVIL ACTION NO. 24-02775

VS.                                      SECTION   A

MAYOR TYRIN Z. TRUONG,                   JUDGE  JAY C. ZAINEY
in his official and individual capacity

## MOTION REQUESTING ORAL ARGUMENT TO MOTION FOR LEAVE TO AMEND COMPLAINT

NOW INTO COURT comes Plaintiff, Wendy Williams Dupont, appearing pro se, who respectfully requests that the Court permit oral argument on the pending Motion for Leave to Amend the Complaint (ECF No. 39), which is currently set for submission on April 1, 2026, without oral argument unless otherwise ordered by the Court.

The pending motion seeks leave to add Bogalusa Rebirth, a nonprofit organization directly affected by the conduct alleged in the complaint, as a co-plaintiff in this matter.

The discovery cut-off date in this matter, according to the Court's current scheduling order, was February 24, 2026. A Proces Verbal was prepared on February 20, 2026, reflecting that the Defendant failed to appear for a properly noticed deposition. On March 9, 2026, a deposition was taken from Defendant Tyrin Z. Truong, and the transcript will be filed in the record.

Plaintiff further respectfully notes that a previously scheduled conference in this matter was cancelled following the Court's recent order. In light of that development, Plaintiff respectfully requests the opportunity to briefly address the Court regarding the pending Motion for Leave to Amend so that the status of Bogalusa Rebirth in this litigation may be clarified.

Plaintiff further respectfully notes that clarification of the Court's ruling on the Motion for Leave to Amend is particularly important at this stage of the proceedings in order to provide timely guidance regarding the status of Bogalusa Rebirth in this litigation. The Motion for Leave to File Amended Complaint to Add Co-Plaintiff **(Doc. 28-1)** was filed timely by Plaintiff in accordance with the Court's scheduling order on **November 10, 2025** and has remained pending before the Court. Because Bogalusa Rebirth is a nonprofit organization that may appear in federal court only through licensed counsel, a determination regarding whether the organization will be permitted to proceed as a **co-plaintiff** will directly affect whether the organization must retain additional legal representation in order to participate in this litigation.

Plaintiff respectfully submits that a brief oral hearing may assist the Court in resolving this issue efficiently and provide clarity regarding the status of Bogalusa Rebirth. An oral hearing may also assist the Court by allowing clarification of the factual basis for the proposed amendment, the

relationship between Plaintiff and Bogalusa Rebirth, and the nature of the harm alleged to have been caused to both Plaintiff and the organization.

Plaintiff further respectfully notes that the Board of Directors of Bogalusa Rebirth has a scheduled meeting on April 16, 2026, during which the status of this litigation and the organization's potential participation as a co-plaintiff will be discussed. If the Court finds it appropriate to allow oral argument, Plaintiff respectfully requests that the hearing be scheduled prior to April 16, 2026, if the Court's calendar permits.

Plaintiff submits this request in good faith and solely in the interest of assisting the Court in resolving the pending motion with the benefit of clarification that may be helpful to the Court's consideration.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this motion and permit oral argument on the Motion for Leave to Amend Complaint.

Respectfully submitted,

*[signature]*

Wendy Williams Dupont
Pro Se Plaintiff
305 Ave B, Ste 111
Bogalusa, LA 70427
(985) 516-2005