U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    Apr 14 2026

CAROL L. MICHEL
CLERK
cf                              EDSS

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____A_____ DIVISION/SECTION

WENDY WILLIAMS DUPONT                      CIVIL ACTION NO. __24-02775_____

VERSUS                                     JUDGE __JAY C. ZAINEY_____

MAYOR TYRIN Z. TRUONG                       MAGISTRATE JUDGE _DONNA P. CURRAULT_

## MOTION FOR SANCTIONS AND FAILURE TO COMPLY WITH COURT ORDER

NOW INTO COURT comes Plaintiff, Wendy Williams Dupont, appearing Pro se, who respectfully moves this Court pursuant to Federal Rule of Civil Procedure 37(b) for sanctions against Defendant for failure to comply with this Court's Order granting Plaintiff's Motion to Compel.

Plaintiff served Defendant with Plaintiff's First Set of Interrogatories and Requests for Production on via U.S. Certified mail 9589 0710 5270 3215 7154 69, which was delivered and received January 20, 2026, per return receipt.

Defendant failed to provide timely responses, necessitating Plaintiff's Motion to Compel, which this Court granted on March 11, 2026, ordering Defendant to provide full and complete responses within twenty-one (21) days.

Defendant's written responses were due on or before April 1, 2026. As of the date of this filing, Defendant has failed to serve any responses, objections, or supplemental production.

Defendant has not requested an extension, asserted objections, or made any attempt to partially comply with Plaintiff's discovery requests or this Court's Order. This failure is not the result of oversight but constitutes willful noncompliance with this Court's Order.

The discovery requests at issue seek information central to Plaintiff's claims, including but not limited to Defendant's communications, social media activity, coordination with third parties, and actions affecting Bogalusa Rebirth's operations, permitting, and public reputation.

Defendant's complete failure to respond to any discovery requests, even after a Court Order, constitutes willful noncompliance and a clear disregard for this Court's Order and authority

Under Rule 37(b), the Court is authorized to impose sanctions for failure to obey a discovery order, including deeming matters admitted, prohibiting the disobedient party from supporting or opposing claims, striking pleadings, or issuing further just orders.

Plaintiff respectfully submits that Defendant's conduct warrants immediate and meaningful sanctions.

Plaintiff respectfully requests that any relief granted herein not preclude Plaintiff from seeking leave of Court for limited, narrowly tailored third-party discovery, if necessary, to obtain evidence directly relevant to Defendant's conduct, including but not limited to records from third-party platforms or entities not within Plaintiff's control. Plaintiff does not seek to reopen general discovery, but only to preserve the ability to obtain critical evidence where Defendant has failed to comply with his own discovery obligations.

Plaintiff further respectfully submits that Defendant's continued refusal to comply with this Court's Order has caused unnecessary delay, burden, and expense, and that monetary sanctions are appropriate to deter further noncompliance and to enforce the authority of this Court.

Plaintiff further requests an award of reasonable expenses incurred as a result of Defendant's failure to comply with this Court's Order, including costs and attorney's fees associated with the preparation of discovery, the Motion to Compel, and the instant Motion for Sanctions, to the extent permitted under Federal Rule of Civil Procedure 37(b).

Accordingly, Plaintiff requests that this Court:

- Deem all matters contained in Plaintiff's Interrogatories and Requests for Admission admitted for purposes of this action;
- Prohibit Defendant from introducing any evidence not produced in response to Plaintiff's Requests for Production;
- Strike any defenses or positions that rely on information withheld in violation of the Court's Order;
- Order immediate compliance within a deadline set by the Court;
- Award Plaintiff reasonable expenses, including attorney's fees and costs incurred as a result of Defendant's failure to comply with this Court's discovery Order;
- Award any additional sanctions the Court deems just and proper, including evidentiary presumptions, adverse inferences, or limited third-party discovery, to include Facebook Meta discovery necessary to cure prejudice caused by Defendant's noncompliance.

WHEREFORE, Plaintiff respectfully requests that this Honorable Court grant this Motion for Sanctions and impose appropriate relief.

Respectfully submitted,

Wendy Williams Dupont
Pro Se Plaintiff
305 Ave B, Ste 111
Bogalusa, LA 70427

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

_____A_____ DIVISION/SECTION


WENDY WILLIAMS DUPONT                          CIVIL ACTION NO. __24-02775_____

VERSUS                                         JUDGE __JAY C. ZAINEY_____

MAYOR TYRIN Z. TRUONG                           MAGISTRATE JUDGE _DONNA P. CURRAULT_


## VERIFICATION

I, Wendy Williams Dupont, declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

Executed on this 13th day of April, 2026.

_____
Wendy Williams Dupont


## CERTIFICATE OF SERVICE

I certify that a copy of the foregoing "Motion for Sanctions and Failure to Comply with Court Order"" was served upon Defendant Tyrin Z. Truong via:

 U.S. Certified Mail# 9589 0710 5270 3215 7167 32 mailed on April 2, 2026  (date).

Wendy Williams Dupont
Pro Se Plaintiff
Date: __4/2/2026___