U.S. DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED    May 22 2026

CAROL L. MICHEL
CLERK
cf                                    EDSS

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **WENDY WILLIAMS DUPONT** | **CIVIL ACTION NO. 24-02775** |
| Plaintiff | **SECTION "N" (2)** |
| **VERSUS** | **JUDGE: ANNA M. ST. JOHN** |
| **TYRIN Z. TRUONG, individually and in his official capacity as Mayor of the City of Bogalusa** | **MAG. JUDGE DONNA P. CURRAULT** |
| Defendant | |

### NOTICE REGARDING DEFENDANT'S DEFICIENT DISCOVERY RESPONSES

NOW INTO COURT, comes Plaintiff Wendy Williams Dupont, pro se, who respectfully files this Notice regarding Defendant's Responses to Plaintiff's First Set of Interrogatories and Requests for Production.

On May 21, 2026, Defendant transmitted written discovery responses to Plaintiff (Exhibit A) following the Court's March 11, 2026 Order compelling responses and the Court's May 7, 2026 Order and Report and Recommendation regarding sanctions.

Plaintiff contends that the responses remain deficient in that they consist primarily of generalized objections, contain limited substantive factual responses, and were not accompanied by meaningful document production responsive to the Interrogatories and Requests for Production. Defendant largely failed to provide significant answers and failed to produce any documents that is responsive to Plaintiff's request. In essence, although objections were asserted throughout nearly every response, not one single material has been produced for Plaintiff's review.

Additionally, many responses state that documents "if any" will be produced, without confirming whether responsive materials are being withheld, do not exist, or were not searched for. At this time, Plaintiff has received virtually no cogent document production despite the Court's prior Order compelling responses.

Plaintiff has requested supplementation within five (5) business days in an attempt to resolve the deficiencies without further Court intervention and reserves all rights to seek additional relief if necessary.

Plaintiff further also notifies the Court that third-party subpoena service upon Meta Platforms, Inc. (Facebook) has been completed (Exhibit B), and this final discovery request is anticipated before June 7, 2026.

In response to Defendant's peculiar assertions of mental anguish, Plaintiff respectfully reminds the Court that this case concerns questions regarding public information, public resources, and governmental conduct, yet the litigation has repeatedly required Court intervention concerning discovery compliance and accountability. Furthermore, the Defendant is a duly-elected Mayor. Public officials, especially elected ones are generally expected to tolerate a much higher level of questioning and scrutiny regarding public resources, policy decisions and official conduct. That principle is deeply rooted in First Amendment jurisprudence and is one reason my allegations concerning retaliation for protected speech are legally significant.

Admittedly, I have asked questions at public meetings and addressed public matters and participation has always been professionally formal and above-all concerned with governmental accountability.

Plaintiff's initial claims in this case arise from matters involving public meetings and governmental conduct, all of which concern issues of public interest.

Plaintiff respectfully notes that this matter has been pending since November 27, 2024, has previously involved extended discovery proceedings and a continuance, and has already required Court intervention regarding Defendant's continued contumacy. Defendant has repeatedly acted in bad faith, sustained ongoing noncompliance and obstructed timely discovery proceedings.

Plaintiff respectfully requests that the Court issue an updated scheduling order governing the remaining progression of this matter and further requests the timely advancement toward final resolution on the merits, including summary judgment or other dispositive relief where appropriate.

Respectfully submitted,

Wendy Williams Dupont
Pro Se Plaintiff