UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT                     CIVIL ACTION

VERSUS                                    NO: 24-2775

TYRIN Z. TRUONG                           SECTION: N

## ORDER

The Court, after carefully considering Plaintiff's Motion for Sanctions for Failure to Comply with Court Order[1], to which the Defendant did not file a response, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Donna Phillips Currault[2], dated May 7, 2026, to which no objection has been filed, hereby approves the Report and Recommendation and adopts it as the Court's opinion.

Accordingly,

**IT IS HEREBY ORDERED** that Plaintiff Wendy Williams Dupont's Motion for Sanctions is **GRANTED**.

**IT IS FURTHER ORDERED** that Defendant Tyrin Z. Truong deliver written responses to Plaintiff's January 19, 2026, Interrogatories and Requests for Production within 14 days of this Order. Should Defendant fail to comply with this

---

[1] Rec. Doc. 60.
[2] Rec. Doc. 67.

Order within the allotted 14 days, the Court will order Defendant to appear to show cause as to why he should not be held in contempt for failing to comply with the March 11, 2026, Order and Reasons (R. Doc. 53) and ordered to pay a monetary sanction until compliance or, if no such compliance is forthcoming, subject to more severe sanctions. Defendant is advised that he may purge such a contempt finding by delivering written responses to the Interrogatories and Requests for Production issued on January 19, 2026, as previously ordered.

**IT IS FURTHER ORDERED** that the Clerk's Office send a copy of this Order to Defendant, Tyrin Z. Truong, via certified mail.

New Orleans, Louisiana, this 26th day of May 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE