UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT

VERSUS

TYRIN Z. TRUONG

CIVIL ACTION

NO. 24-2775

SECTION "N"

**ORDER**

In the interest of ensuring that litigation in this matter proceeds expeditiously, the Court observes and orders as follows:

Plaintiff Wendy Williams Dupont filed this action on November 27, 2024. The case was assigned to Section A.[1] The parties attended a scheduling conference in October 2025 wherein a trial was set for April 2026.[2] On March 10, 2026, the Court granted a motion to continue the trial.[3] A new trial date has yet to be set. On April 23, 2026, the instant case was transferred to Section N of this Court.[4] On April 30, 2026, Plaintiff filed an amended complaint.[5]

Plaintiff alleges against Defendant Tyrin Z. Truong individually and in his official capacity as mayor of the City of Bogalusa.[6] "Personal-capacity suits seek to impose liability upon a government official as an individual while official-capacity suits 'generally represent only another way of pleading an action against an entity of

---

[1] ECF No. 1.
[2] ECF No. 27.
[3] ECF No. 50.
[4] ECF No. 63.
[5] ECF No. 65.
[6] *Id.*

which an officer is an agent.'" *Goodman v. Harris County*, 571 F.3d 388, 395 (5th Cir. 2009) (quoting *Monell v. Dept. of Soc. Servs. of City of New York*, 436 U.S. 658, 690 n.55 (1978)).). "Thus, 'an official-capacity suit is, in all respects other than name, to be treated as a suit against the entity. It is not a suit against the official personally, for the real party in interest is the entity.'" *Id.* (quoting *Kentucky v. Graham*, 473 U.S. 159, 166 (1985)).

Local Rule 83.2.4 requires legal counsel to represent an entity. To date, counsel has not enrolled for Mr. Truong in his official capacity as mayor, and he/the entity is unrepresented.

Accordingly,

**IT IS ORDERED** that Defendant Tyrin Z. Truong submit, in writing, no later than **June 26, 2026**, a statement regarding future representation and the steps being taken to secure counsel for him in his official capacity as mayor. If counsel has been engaged prior to the deadline, a motion to enroll must be filed.

**Failure of the defendant to submit the required statement or failure of new counsel to enroll by the June 26, 2026, deadline could result in the imposition of appropriate sanctions against the defendant, including the entry of default judgment**.

New Orleans, Louisiana, this 27th day of May, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE