MINUTE ENTRY
CURRAULT, M. J.
JULY 1, 2026
**MJSTAR:  0:46**
Court Reporter: Karen Ibos

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY WILLIAMS DUPONT | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2775 |
| TYRIN Z. TRUONG | * | SECTION "N" (2) |

A hearing was held on this date regarding Defendant Tyrin Truong's Motion to Quash Plaintiff Wendy Dupont's Rule 45 subpoena duces tecum issued to Meta Platforms, Inc.  ECF No. 79; *see* ECF Nos. 72, 72-1.  Plaintiff filed Opposition and Supplemental Memoranda.  ECF Nos. 76, 80-82.

      Participating were:    Wendy Wiliams Dupont, Plaintiff;
                            Tyrin Z. Truong, Defendant.

The Court granted Lillian Ratliff's oral motion to enroll as counsel for Defendant Truong.  The Clerk is DIRECTED to add Ms. Ratliff as Defendant's counsel of record.  The Court DENIED Defendant's Motion to Continue the hearing, which was opposed by Plaintiff.

The Court heard argument, during which Plaintiff introduced Meta Platform's Rule 45 objections raising Rule 45(c)(1) objections as well as First Amendment objections on behalf of its customers.  Exhibit 1.  After discussions, the Court determined that the cited anonymous postings containing criticisms and allegedly false allegations were insufficient to the constitute First Amendment retaliatory conduct, as defined by the Fifth Circuit,[1] and thus did not justify

---

[1] *See Matherne v. Larpenter*, 216 F.3d 1079 (5th Cir. 2000); *Colson v. Grohman*, 174 F.3d 498, 510 (5th Cir. 1999); *Reitz v. Woods*, 85 F.4th 780, 790 (5th Cir. 2023).

identification of the anonymous posters.  Accordingly, for these reasons as stated on the record,

the Court GRANTED Defendant's Motion to Quash Plaintiff's Rule 45 subpoena duces tecum.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE