UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

WENDY WILLIAMS DUPONT                     CIVIL ACTION

VERSUS                                    NO. 24-2775

TYRIN Z. TRUONG                           SECTION "N"

## ORDER

On May 7, 2026, Magistrate Judge Currault issued Report and Recommendation (R&R) recommending this Court find Defendant Tyrin Z. Truong in contempt for failing to comply with the "March 11, 2026, Order [requiring him] to provide written responses to Plaintiff's Interrogatories and Requests for Production within 21 days."[1] Truong filed no objection to the R&R.[2] On May 26, the Court adopted the R&R and ordered Truong to answer the January 19, 2026, Interrogatories and Requests for Production within 14 days.[3] The Court did not impose sanctions. Instead, it "advised [Truong] that he may purge such a contempt finding by delivering written responses to the Interrogatories and Requests for Production . . . as previously ordered."[4]

---

[1] R. Doc. 67.

[2] R. Doc. 69.

[3] *Id.*

[4] *Id.*

Now before the Court is Truong's opposed Motion for Reconsideration,[5] which attaches uncontroverted evidence that he delivered written responses to the at-issue discovery requests on May 21, 2026.[6] Accordingly;

**IT IS ORDERED** that this Court's May 26 contempt finding is **PURGED**. To the extent Dupont challenges the adequacy of Truong's discovery responses, that issue should be raised in a properly filed discovery motion.[7] Nothing in this Order should be construed to prevent Judge Currault or this Court from finding, upon a properly filed motion, that Truong's responses are so woefully inadequate as to warrant a renewed contempt finding.

**IT IS FURTHER ORDERED** that Truong's motion for reconsideration is **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day of July, 2026.

_____
ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[5] R. Doc. 71 (motion for reconsideration); R. Doc. 75 (opposition). Truong did not file a reply.

[6] R. Docs. 71-1, 71-2, and 71-3.

[7] *See, e.g.*, R. Doc. 75 at p.3 (arguing that Truong's responses are inadequate).