UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY WILLIAMS DUPONT | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2775 |
| TYRIN Z. TRUONG | * | SECTION "N" (2) |

**ORDER**

Considering Judge St. John's Order granting Defendant's Motion to Withdraw Counsel, ECF No. 94,

**IT IS ORDERED** that Plaintiff's Motion to Determine Adequacy of Defendant's Discovery Responses and for Sanctions and Renewed Contempt (ECF No. 92) is **CONTINUED** for submission on **WEDNESDAY, OCTOBER 7, 2026,** without oral argument unless expressly granted by the court after timely request in accordance with Local Rule 78.1.

**IT IS FURTHER ORDERED** that any Opposition to the Motion must be filed no later than **FRIDAY, OCTOBER 2, 2026.**

Dated this 9th day of September, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE