UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| WENDY WILLIAMS DUPONT | * | CIVIL ACTION |
| VERSUS | * | NO. 24-2775 |
| TYRIN Z. TRUONG | * | SECTION "N" (2) |

**ORDER**

Pending before me is Defendant's Expedited Motion for Leave to File Opposition Out of Time. ECF No. 96. Considering the undersigned's Order of September 9, 2026, resetting the Plaintiff's Motion to Determine Adequacy of Defendant's Discovery Responses and for Sanctions (ECF No. 92) for submission on October 7, 2026,

**IT IS ORDERED** that Defendant's Motion is DENIED AS MOOT. The Clerk is instructed to file Defendant's Opposition and Exhibit previously filed at ECF Nos. 96-2 and 96-3 into the Court record.

New Orleans, Louisiana, this 10th day of September, 2026.

DONNA PHILLIPS CURRAULT
UNITED STATES MAGISTRATE JUDGE