UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| WENDY WILLIAMS DUPONT | CIVIL ACTION |
| VERSUS | NO. 24-2775 |
| TYRIN Z. TRUONG | SECTION "N" |

**ORDER**

On August 28, 2026, the Court granted the Motion to Withdraw as Attorney, terminating Lillian Ratliff as counsel of record for Defendant Tyrin Truong.[1] In that Order, the Court mandated that Defendant Truong retain new counsel within thirty (30) days, and that substitute counsel must file a motion to enroll by that deadline.[2]

Plaintiff has filed claims against Mayor Truong in his official capacity.[3] It is well-established that an official-capacity suit is tantamount to a claim against the municipality itself.[4] Thus, because the true party in interest is a municipality—an entity—Mayor Truong must retain counsel.[5]

To date, the deadline to retain counsel has passed, and no substitute counsel has enrolled on behalf of Defendant. As the Court previously warned, the failure to

---

[1] Rec. Doc. 94.
[2] *Id.*
[3] Rec. Doc. 65 ¶ 7.
[4] *Goodman v. Harris County*, 571 F.3d 388, 395 (5th Cir. 2009) (quoting *Kentucky v. Graham*, 473 U.S. 159, 166 (1985) ("an official-capacity suit is, in all respects other than name, to be treated as a suit against the entity. It is not a suit against the official personally, for the real party in interest is the entity.").
[5] *Rowland v. California Men's Colony, Unit II Men's Advisory Council*, 506 U.S. 194, 202 (1993) ("corporation may only be represented by licensed counsel… [a]s the courts have recognized, the rationale for that rule applies equally to all artificial entities.") (citation modified).

enroll counsel could result in the imposition of appropriate sanctions against the Defendant, including the entry of default judgment.[6]

Accordingly,

**IT IS HEREBY ORDERED** that Defendant Tyrin Truong, in his official capacity, shall **SHOW CAUSE**, in writing, on or before **October 20, 2026**, why appropriate sanctions, including the entry of default judgment, should not be imposed for his failure to comply with the Court's August 28, 2026 Order and for his failure to retain substitute counsel.

**IT IS FURTHER ORDERED** that Defendant may satisfy this Order to Show Cause by having substitute counsel file a proper motion to enroll on or before the deadline.

**NEW ORLEANS, LOUISIANA**, this 6th day of October, 2026.

Anna St John

ANNA ST. JOHN
UNITED STATES DISTRICT JUDGE

---

[6] Rec. Doc. 94.