**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Tyrin Z. Truong
704 N. Columbia Rd
Bogalusa, LA 70427

9590 9402 9903 5335 8139 42

2. Article Number *(Transfer from service label)*

9589 0710 5270 3968 7255 48

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature

X [signature] ☐ Agent ☐ Addressee

B. Received by *(Printed Name)* Tyrin Truong

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
If YES, enter delivery address below: ☐ No

3. Service Type

- ☐ Adult Signature
- ☐ Adult Signature Restricted Delivery
- ☑ Certified Mail®
- ☐ Certified Mail Restricted Delivery
- ☐ Collect on Delivery
- ☐ Collect on Delivery Restricted Delivery
- d Mail
- d Mail Restricted Delivery
- $500)
- ☐ Priority Mail Express®
- ☐ Registered Mail™
- ☐ Registered Mail Restricted Delivery
- ☐ Signature Confirmation™
- ☐ Signature Confirmation Restricted Delivery

PS Form 3811, July 2020 PSN 7530-02-000-9053 Domestic Return Receipt

USPS TRACKING #

NEW ORLEANS LA 700

24 OCT 2025 PM 1 L

9590 9402 9903 5335 8139 42

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

United States
Postal Service

RECEIVED

OCT 23 2025

EASTERN DISTRICT OF LOUISIANA

DEPUTY CLERK

• Sender: Please print your name, address, and ZIP+4® in this box•

U.S. District Court
500 Poydras Street, Rm. C-151
New Orleans, LA 70130

24-2775 N(2)

0-336731